IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MACAHILAS,

    Plaintiff,                      No. CIV S-09-3199 DAD P

    vs.

RICHARD P. GALLOWAY et al.,

    Defendants.             <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 302 and 28 U.S.C. § 636(b)(1).

         Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

         Plaintiff is required to pay the statutory filing fee of $350.00 for this action. <u>See</u> 28 U.S.C. § 1914(a) & 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. <u>See</u> 28 U.S.C. § 1915(b)(1). Plaintiff will be obligated to make monthly payments of twenty percent of

1

1 the preceding month's income credited to plaintiff's prison trust account. These payments will
2 be collected and forwarded by the appropriate agency to the Clerk of the Court each time the
3 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. See 28 U.S.C.
4 § 1915(b)(2).

In his complaint, plaintiff has identified Dr. Galloway, Dr. Douglas, and Chief Medical Officer Williams as the defendants in this action. Plaintiff claims that the defendants have been deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. In terms of relief, plaintiff requests monetary damages and any further relief the court deems necessary and proper. (Compl. at 6-17.)

The court finds that plaintiff's complaint appears to state a cognizable claim for relief against defendants Galloway and Douglas. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court also finds, however, that plaintiff's complaint does not state a cognizable claim against defendant Chief Medical Officer Williams. It is well established that supervisory personnel are generally not liable under § 1983 for the actions of their employees under a theory of respondeat superior and, therefore, when a named defendant holds a supervisorial position, the causal link between him and the claimed constitutional violation must be specifically alleged. See Fayle v. Stapley, 607 F.2d 858, 862 (9th Cir. 1979); Mosher v. Saalfeld, 589 F.2d 438, 441 (9th Cir. 1978). Here, plaintiff has not alleged any specific causal link between any action by defendant Williams and the claimed constitutional violations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Doc. No. 5) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

/////

1. 3. Service of the complaint is appropriate for the following defendants: Galloway and Douglas.

2. 4. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed November 17, 2009.

3. 5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Three copies of the endorsed complaint filed November 17, 2009.

6. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: February 16, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
maca3199.1a

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MICHAEL MACAHILAS,
11              Plaintiff,              No. CIV S-09-3199 DAD P
12       vs.
13  RICHARD P. GALLOWAY et al.,         NOTICE OF SUBMISSION
14              Defendants.             OF DOCUMENTS
15  _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18          _____ one completed summons form;
19          _____ two completed USM-285 forms; and
20          _____ three true and exact copies of the complaint filed November 17, 2009.
21  DATED: _____.
22
23                                              _____
                                                Plaintiff
24
25
26
```