# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MACAHILAS, | No. 2:09-cv-03199-WBS-DAD |
| Plaintiff, | Court of Appeals No. 11-15709 |
| vs. | <u>ORDER</u> |
| RICHARD P. GALLOWAY, M.D., et al., | |
| Defendants. | |
| _____/ | |

      This matter was referred by the Court of Appeals to this court for the limited purpose of determining whether in forma pauperis status should continue on appeal.  While, for the reasons discussed in some detail in the Magistrate Judge's Findings and Recommendations filed January 20, 2011, this court does not believe the appeal has merit, it cannot certify that it is necessarily frivolous or taken in bad faith.  <u>See</u> 28 U.S.C. § 1915(a)(3); and <u>Hooker v. American Airlines</u>, 302 F.3d 1091, 1092 (9th Cir. 2002).  This court therefore declines to revoke plaintiff's forma pauperis status.

      The Clerk of this court shall transmit a copy of this Order to the Clerk of the United States Court of Appeals for the Ninth Circuit.

DATED:  March 31, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1